IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
NOV 1 4 2022

PER _____
DEPUTY CLERK

FARIDA B. RAHMAN,

        Plaintiff,

v.

FRED A. PIERANTONI, Judge,

        Defendant.

3:22-CV-1253
(JUDGE MARIANI)

**ORDER**

AND NOW, THIS _14th_ DAY OF NOVEMBER, 2022, upon *de novo* review of Magistrate Judge Joseph Saporito's Report & Recommendation ("R&R") (Doc. 6), Plaintiff's Objections thereto (Docs. 7, 8), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 6) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections (Docs. 7, 8) are **OVERRULED**.[1]

3. The above-captioned action is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Court Judge

---

[1] Upon review of Plaintiff's Complaint, this Court agrees with Judge Saporito that the allegations set forth therein exclusively concern judicial acts taken by Judge Pierantoni in the performance of his duties and he is therefore entitled to absolute judicial immunity. Plaintiff's Objections fail to set forth any additional allegations which alter this analysis nor has she set forth any other viable basis for this Court to reject the pending R&R.